STATE of Missouri, Respondent,

v.

Boaz RAFAELI, Appellant.

No. 72303.

Missouri Court of Appeals, Eastern District, Division One.

July 31, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 1998.

Application for Transfer Denied Nov. 24, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

John P. Quarenghi, Asst. Pros. Atty., Clayton, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Boaz Rafaeli, appeals from the judgment of conviction entered by the Circuit Court of St. Louis County after a jury found him guilty of third degree assault, RSMo section 565.070 (1994).

We have reviewed the briefs of the parties, the legal file, and the transcript. As no jurisprudential purpose would be served by a written opinion, we affirm the judgment pursuant to Rule 30.25(b).